1 | Therese M. Shanks, Esq. (SBN 12890)
2 | Wade Beavers, Esq. (SBN 13451)
  | Chelsie Adams, Esq. (SBN 13058)
3 | FENNEMORE CRAIG, P.C.
  | 7800 Rancharrah Parkway
4 | Reno, Nevada 89511
  | Tel: 775-788-2228  Fax: 775-788-2229
5 | tshanks@fennemorelaw.com; wbeavers@fennemorelaw.com;
  | cadams@fennemorelaw.com
6
7 | Andrew K. Stutzman, Esq. (PA Bar No. 72922)
  | Stradley Ronon Stevens & Young, LLP
8 | 2005 Market Street, Ste. 2600
  | Philadelphia, PA 19103-7018
9 | Tel: 215-564-8728  Fax: 215-564-8210
  | AStuztman@stradley.com
10 | *Pro Hac Vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation, | CASE NO.: **2:22-cv-01362-CDS-VCF** |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER VERIFIED AMENDED COMPLAINT** |
| vs. | |
| MICHAEL BEYS; RICHARD DE SILVA; and FTE NETWORKS, INC., a Nevada corporation | **(First Request)** |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER VERIFIED AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiff Innovativ Media Group, Inc. and Defendants Michael Beys and Richard de Silva, ("Beys and de Silva") stipulate through their undersigned counsel that Beys and de Silva's deadline to file a response to Plaintiffs' Verified Complaint be extended to October 14, 2022. Plaintiffs consent to the extension.

/////

/////

It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED this 14th day of September, 2022.

| | |
|---|---|
| FENNEMORE CRAIG, P.C. | LEX DOMUS LAW |
| By:   */s/ Therese M. Shanks*<br>Therese M. Shanks, Esq. (SBN 12890)<br>Wade Beavers, Esq. (SBN 13451)<br>Chelsie Adams, Esq. (SBN 13058)<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511 | By:   */s/ Daniel S. Cereghino*<br>Daniel S. Cereghino, Esq. (SBN 11534)<br>Brandi M. Planet, Esq. (SBN 11710)<br>Austin M. Maul, Esq. (SBN 15596)<br>1712 Tesara Vista Place<br>Las Vegas, Nevada 89128 |
| -AND- | *Attorneys for Defendants Beys and de Silva* |
| Andrew K. Stutzman, Esq. (PA Bar No. 72922)<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Ste. 2600<br>Philadelphia, PA 19103-7018<br>Tel: 215-564-8728  Fax: 215-564-8210<br>AStuztman@stradley.com<br>*Pro Hac Vice* | IT IS SO ORDERED.<br><br>_____<br>Cam Ferenbach<br>United States Magistrate Judge<br><br>DATED  9-19-2022 |
| *Attorneys for Plaintiff* | |

2

28000427.1/057702.0002