Therese M. Shanks, Esq. (SBN 12890)
Wade Beavers, Esq. (SBN 13451)
Chelsie Adams, Esq. (SBN 13058)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: 775-788-2228  Fax: 775-788-2229
tshanks@fennemorelaw.com; wbeavers@fennemorelaw.com;
cadams@fennemorelaw.com

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; and FTE NETWORKS, INC., a Nevada corporation<br><br>　　　　　　　　Defendants. | CASE NO.:  **2:22-cv-01362-CDS-VCF**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FTE NETWORKS, INC.'S MOTION TO DISMISS**<br><br>**(First Request)** |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FTE NETWORKS, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiff Innovativ Media Group, Inc. ("Plaintiff") and Michael Beys, Richard de Silva and FTE Networks, Inc., (collectively referred to as "Defendants") stipulate through their undersigned counsel that Plaintiff's deadline to file a response to Defendants' Motion to Dismiss be extended to October 10, 2022.  Defendants consent to the extension.

/////

/////

28161418.1

It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED this 27th day of September, 2022.

| | |
|---|---|
| FENNEMORE CRAIG, P.C. | SNELL & WILMER, LLP |
| By:  */s/ Therese M. Shanks*<br>Therese M. Shanks, Esq. (SBN 12890)<br>Wade Beavers, Esq. (SBN 13451)<br>Chelsie Adams, Esq. (SBN 13058)<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511 | By:  */s/ Nathan G. Kanute*<br>Nathan G. Kanute, Esq. (SBN 12413)<br>Christian Ogata, Esq. (SBN 15612)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant FTE Networks, Inc.* |
| -AND-<br><br>Andrew K. Stutzman, Esq. (PA Bar No. 72922)<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Ste. 2600<br>Philadelphia, PA 19103-7018<br>Tel: 215-564-8728  Fax: 215-564-8210<br>AStuztman@stradley.com<br>*Pro Hac Vice*<br><br>*Attorneys for Plaintiff* | LEX DOMUS LAW<br><br>By:  */s/ Daniel S. Cereghino*<br>Daniel S. Cereghino, Esq. (SBN 11534)<br>Brandi M. Planet, Esq. (SBN 11710)<br>Austin M. Maul, Esq. (SBN 15596)<br>1712 Tesara Vista Place<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Defendants Beys and de Silva* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this 27th day of September, 2022.

2

28161418.1