Therese M. Shanks, Esq. (SBN 12890)
Wade Beavers, Esq. (SBN 13451)
Chelsie Adams, Esq. (SBN 13058)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: 775-788-2228  Fax: 775-788-2229
tshanks@fennemorelaw.com; wbeavers@fennemorelaw.com; cadams@fennemorelaw.com

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; and FTE NETWORKS, INC., a Nevada corporation<br><br>Defendants. | CASE NO.:   **2:22-cv-01362-CDS-VCF**<br><br>**STIPULATION AND ORDER FOR INNOVATIV MEDIA GROUP, INC. TO FILE A SUR-REPLY TO DEFENDANTS MICHAEL BEYS AND RICHARD DE SILVA'S JOINDER TO DEFENDANT FTE NETWORKS INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS [ECF #38]** |

Pursuant to Local Rule 7-2(g), Plaintiff Innovativ Media Group, Inc. ("Plaintiff") and Michael Beys, Richard de Silva and FTE Networks, Inc., (collectively referred to as "Defendants") stipulate through their undersigned counsel that Plaintiff may file the sur-reply attached as **Exhibit 1**, to Defendants Michael Beys and Richard De Silva's Joinder to Defendant FTE Networks, Inc.'s Reply in Support of Motion to Dismiss (ECF #38), because the joinder raised new arguments that were not raised in the original motion to dismiss (ECF # 29), or the joinder to the motion to dismiss

28271144.1/057702.0003

(ECF # 31), and were not briefed by Plaintiff in its opposition to the motion to dismiss and joinder (ECF #36).

It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED this 25th day of October, 2022.

| FENNEMORE CRAIG, P.C. | SNELL & WILMER, LLP |
|---|---|
| By:    /s/ Therese M. Shanks<br>Therese M. Shanks, Esq. (SBN 12890)<br>Wade Beavers, Esq. (SBN 13451)<br>Chelsie Adams, Esq. (SBN 13058)<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br><br>-AND-<br><br>Andrew K. Stutzman, Esq. (PA Bar No. 72922)<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Ste. 2600<br>Philadelphia, PA 19103-7018<br>Tel: 215-564-8728  Fax: 215-564-8210<br>AStuztman@stradley.com<br>*Pro Hac Vice*<br><br>*Attorneys for Plaintiff* | By:    /s/ Nathan G. Kanute<br>Nathan G. Kanute, Esq. (SBN 12413)<br>Christian Ogata, Esq. (SBN 15612)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant FTE Networks, Inc.*<br><br>LEX DOMUS LAW<br><br>By:    /s/ Daniel S. Cereghino<br>Daniel S. Cereghino, Esq. (SBN 11534)<br>Brandi M. Planet, Esq. (SBN 11710)<br>Austin M. Maul, Esq. (SBN 15596)<br>1712 Tesara Vista Place<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Defendants Beys and de Silva* |

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that a hearing on the motion to dismiss (ECF No. 29) is set on November 9, 2022 at 9:30 a.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE
DATED: November 1, 2022

2

28271144.1/057702.0003