Therese M. Shanks, Esq. (SBN 12890)
Wade Beavers, Esq. (SBN 13451)
Kendall M. Lovell, Esq. (SBN 15590)
MaryJo E. Smart, Esq. (SBN 16139)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: 775-788-2228  Fax: 775-788-2229
tshanks@fennemorelaw.com; wbeavers@fennemorelaw.com;
klovell@fennemorelaw.com; msmart@fennemorelaw.com

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation,<br><br>Plaintiffs,<br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; and FTE NETWORKS, INC., a Nevada corporation<br><br>Defendants. | CASE NO.:   2:22-cv-01362-CDS-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER VERIFIED AMENDED COMPLAINT [ECF 52]**<br><br>**(First Request)** |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER VERIFIED AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiff Innovativ Media Group, Inc. ("Plaintiff") and Defendants Michael Beys, Richard de Silva and FTE Networks, Inc. ("Defendants"), stipulate through their undersigned counsel that Defendants' deadline to file a response to Plaintiffs' Verified Amended Complaint [ECF 52] be extended to December 30, 2022.  Plaintiff consents to the extension.

/////

1  It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED this 23rd day of December, 2022.

| FENNEMORE CRAIG, P.C. | LEX DOMUS LAW |
|---|---|
| By:  */s/ Therese M. Shanks* <br> Therese M. Shanks, Esq. (SBN 12890) <br> Wade Beavers, Esq. (SBN 13451) <br> Kendall M. Lovell, Esq. (SBN 15590) <br> MaryJo E. Smart, Esq. (SBN 16139) <br> 7800 Rancharrah Parkway <br> Reno, Nevada 89511 | By:  */s/ Brandi M. Planet* <br> Daniel S. Cereghino, Esq. (SBN 11534) <br> Brandi M. Planet, Esq. (SBN 11710) <br> Austin M. Maul, Esq. (SBN 15596) <br> 1712 Tesara Vista Place <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Defendants* |

-AND-

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

DATED this 30th day of December, 2022.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE