| | |
|---|---|
| 1 | LEX DOMUS LAW |
| 2 | Daniel S. Cereghino, Esq., SBN 11534<br>Brandi M. Planet, Esq., SBN 11710 |
| 3 | 1712 Tesara Vista Place<br>Las Vegas, Nevada 89128 |
| 4 | Telephone: (702) 533-4661<br>Facsimile: (702) 472-8605 |
| 5 | dan@lexdomuslaw.com |
| 6 | brandi@lexdomuslaw.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Innovativ Media Group, Inc.,<br><br>             Plaintiff<br><br>v.<br><br>Michael Beys, Richard De Silva, and FTE Networks, Inc.,<br><br>             Defendants | Case No.: 2:22-cv-01362-CDS-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT FTE NETWORKS, INC.** |

Please take notice that defendant FTE Networks, Inc., retained the law firm of Lex Domus Law to represent it in the above-entitled matter in December 2022. Lex Domus filed its notice of appearance on December 23, 2022. ECF No. 54. Subject to approval of this Court under Local Rule IA 11-6(c), FTE, and the law firms of Lex Domus Law and Snell & Wilmer L.L.P. agree that Dan Cereghino and Brandi Planet of Lex Domus are substituted as counsel of record in place of Nathan Kanute and Christian Ogata of Snell & Wilmer who previously represented FTE in this matter.

DATED this 24th day of February 2023.                    DATED this 24th day of February 2023.

LEX DOMUS LAW                                            SNELL & WILMER, LLP

 */s/ Daniel S. Cereghino*                                 */s/ Nathan G. Kanute*
Daniel S. Cereghino, Esq., SBN 11534                     Nathan G. Kanute (NV Bar No. 12413)
1712 Tesara Vista Place                                  3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89128                                  Las Vegas, Nevada 89169
Telephone: (702) 533-4661                                Phone: (702) 784-5200
Facsimile: (702) 472-8605                                Fax: (702) 784-5252
dan@lexdomuslaw.com

*/s/ Brandi M. Planet*                                   */s/ Christian P. Ogata*
Brandi M. Planet, Esq., SBN 11710                        Christian P. Ogata (NV Bar No. 15612)
1712 Tesara Vista Place                                  3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89128                                  Las Vegas, Nevada 89169
Telephone: (702) 533-4661                                Phone: (702) 784-5200
Facsimile: (702) 472-8605                                Fax: (702) 784-5252
brandi@lexdomuslaw.com

*Substituting Attorneys*                                 *Withdrawing Attorneys*

DATED this 24th day of February 2023

FTE Networks Inc.

/s/ _____
     Michael Beys, Esq.

**ORDER**

Good cause appearing, it is HEREBY ORDERED that Dan Cereghino and Brandi Planet of Lex Domus Law are substituted as counsel for FTE Networks, Inc. in his matter in place of Nathan Kanute and Christian Ogata.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 28, 2023