Therese M. Shanks, Esq. (SBN 12890)
Wade Beavers, Esq. (SBN 13451)
Kendall M. Lovell, Esq. (SBN 15590)
MaryJo E. Smart, Esq. (SBN 16139)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: 775-788-2228  Fax: 775-788-2229
tshanks@fennemorelaw.com; wbeavers@fennemorelaw.com; klovell@fennemorelaw.com; msmart@fennemorelaw.com

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation,<br><br>Plaintiffs,<br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; and FTE NETWORKS, INC., a Nevada corporation<br><br>Defendants. | CASE NO.:   **2:22-cv-01362-CDS-VCF**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF 62] AND DEFENDANTS' MOTION TO STAY DISCOVERY AND STAY OF DISCOVERY [ECF 63]**<br><br>**(First Request)** |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO STAY DISCOVERY AND STAY OF DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiff Innovativ Media Group, Inc. ("Plaintiff") and Defendants Michael Beys, Richard de Silva and FTE Networks, Inc. (collectively the "Defendants") stipulate through their undersigned counsel that Plaintiff's deadline to file an opposition to Defendants' Motion for Summary Judgment filed on March 28, 2023 (ECF No. 62) be extended to April 25, 2023, and Defendants' deadline to file a reply in support of Defendants' Motion for Summary Judgment also be extended by two weeks to

DWHEELEN/28542723.1/057702.0003

May 9, 2023. Plaintiff and Defendants further stipulate through their undersigned counsel: (1) to a stay of discovery until the date an order is issued on Defendants' pending Motion to Dismiss; and, (2) that Plaintiffs' deadline to file an opposition to Defendants' Renewed Motion to Stay Discovery filed on March 28, 2023 (ECF No. 63) is extended to a date two weeks from the date the order is issued on Defendants' pending Motion to Dismiss. Defendants consent to the extension of Plaintiffs' deadlines and the stay of discovery.

DATED this 10th day of April, 2023.

| FENNEMORE CRAIG, P.C. | LEX DOMUS LAW |
|---|---|
| By: /s/ Therese M. Shanks<br>Therese M. Shanks, Esq. (SBN 12890)<br>Wade Beavers, Esq. (SBN 13451)<br>Kendall M. Lovell, Esq. (SBN 15590)<br>MaryJo E. Smart, Esq. (SBN 16139)<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511 | By: /s/ Brandi M. Planet<br>Daniel S. Cereghino, Esq. (SBN 11534)<br>Brandi M. Planet, Esq. (SBN 11710)<br>Austin M. Maul, Esq. (SBN 15596)<br>1712 Tesara Vista Place<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Defendants* |

-AND-

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiff*

DATED this 24th day of April, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE