**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Innovativ Media Group, Inc., <br><br> Plaintiff(s), <br><br> v. <br> Michael Beys, Richard De Silva, and FTE Networks, Inc., <br><br> Defendant(s). | 2:22-cv-01362-CDS-VCF <br> **AMENDED ORDER REGARDING** <br> **DISCOVERY STAY** |

Before the Court is Innovativ Media Group, Inc. Michael Beys, et al., case no. 2:22-01362-CDS-VCF.

1. On March 28, 2023, defendants filed a motion to stay discovery. (ECF No. 63).

2. April 10, 2023, the parties filed a stipulation for extension of time which, contrary to LR IC 2-2(b), requested two types of relief in a single document; two separate events were not selected.

3. On April 24, 2023, the court granted the stipulation, extending briefing on a pending motion for summary judgment and providing that any opposition to the motion to stay discovery (ECF No. 63), "is extended to a date two weeks after the date the order is issued on Defendants' pending Motion to Dismiss."

Accordingly,

IT IS HEREBY ORDERED that discovery remains STAYED until the motion for summary judgment (ECF No. 62), is decided.

IT IS FURTHER ORDERED that within two weeks after that decision, if necessary, the parties must submit a new discovery plan and scheduling order.

DATED this 15th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE